UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

YOLIANNY MORAN,                                                                         Petitioner,

v.                                                                        Civil Action No. 4:26-cv-17-RGJ

KRISTI NOEM, et al.,
                                                                                        Respondents.

\* \* \* \* \*

**ORDER**

On January 12, 2026, Petitioner Yolianny Moran filed a Writ of Habeas Corpus. [DE 1]. Respondents responded on January 16, 2026. [DE 5]. Petitioner replied on January 20, 2026. [DE 10]. The Parties agreed that an evidentiary hearing is unnecessary. [DE 7; DE 9].

In the United States's Response, the United States asserts that Petitioner Moran "was served with the warrant for arrest." [DE 8 at 82]. However, as of today's date, neither party has filed the arrest warrant with the Court.

Therefore, the Court **ORDERS** that the United States file Moran's "warrant for arrest" by **February 10, 2026.**

*Rebecca Grady Jennings, District Judge*
United States District Court

February 5, 2026